FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEP 1 6 2010
9-16-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1:10-cv-05899
Judge Harry D. Leinenweber
Magistrate Judge Jeffrey T. Gilbert

Plaintiff(s)
CHARNAE / CHARLES TERRY

Case No.

v. ACHTE / NEUNTE BOLL KINO BETEILIGUNGS GMBH
+ CO KG V DOES 1-2,094
COMCAST LEGAL RESPONSE CENTER

Defendant(s)

FILE MOTION TO QUASH SUBPOENA

ON AUGUST 23, 2010, WE WERE NOTIFIED BY YOU THAT A MOVIE (AFARCRY) WAS DOWNLOADED THROUGH COMCAST. WE WANT TO FILE MOTION TO QUASH THIS SUBPOENA BECAUSE WE HAVE A DYNAMITE IP ADDRESS THAT CONTINUOUSLY CHANGES DUE TO AN OPEN WIRELESS ROUTER THAT WE SHARE WITH OUR COMMUNITY. WE ARE UNAWARE OF THIS MOVIE BEING DOWNLOAD AND THAT WE CAN'T BE HELD ACCOUNTABLE FOR THEIR ACTIONS.

*Charnae Terry* (signature)

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS ... | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:10-cv-00453-RMC |
| DOES 1-2,094 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Comcast Cable Communications, Attn: Colin Padget/ Legal Response Center, 650 Centerton Road Moorestown, NJ 08057, care_customer@cable.comcast.com, Fax 866-947-5587

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the order in this case, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC 199 Liberty Street S.W., Leesburg, VA 20175 | Date and Time:<br><br>08/31/2010 10:00 am |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   05/27/2010

CLERK OF COURT

OR    /s/ [signature]

_____       _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   _____Plaintiff_____
ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG_____ , who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 199 Liberty Street S.W., Leesburg, VA 20175.
Tel: 877-223-7212, Fax: 703-777-3656, email: subpoena@dglegal.com