MHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
9-22-2010
SEP 22 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**
CHARNAE/CHARLES TERRY

Case No. 10C 5899

v. ACHTE/NEUNTE BOLL KINO BETILIGUNGS GHBH & CO KG v DOES 1-2,094
- COMCAST LEGAL RESPONSE CENTER

**Defendant(s)**

DISMISSAL OF FILE MOTION TO QUASH SUBPOENA

I THE PLAINTIFF, CHARNAE/CHARLES TERRY, REQUEST TO DISMISS THE FILED MOTION TO QUASH SUBPOENA DUE TO FILING THIS MOTION INCORRECTLY.

CHARNAE TERRY

*Charnae Terry* (signature)

2141 W. RANDOLPH ST
CHICAGO, IL 60612