**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Charnae Terry, et al.

                       Plaintiff,

v.                                                 Case No.: 1:10−cv−05899
                                                 Honorable Harry D. Leinenweber

Achte/Neunte Boll Kino Beteiligungs Gmbh/Co Kg, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 1, 2010:

      MINUTE entry before Honorable Harry D. Leinenweber:Plaintiff's Motion to Quash Subpoena [1] is dismissed pursuant to Plaintiff's Dismissal of Motion to Quash Subpoena [5]. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.